ROGERS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Cr. No. 19-20168 SML |
| v. | ) | |
| REXFORD BRITTON, | ) | 18 U.S.C. § 924(c) |
| Defendant. | ) | 18 U.S.C. § 1951 |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about December 22, 2018, in the Western District of Tennessee, the defendant,

**REXFORD BRITTON**

did attempt to unlawfully obstruct, delay, and affect commerce by robbery in that **REXFORD BRITTON** did attempt to unlawfully take and obtain property by means of actual and threatened force, violence, and fear of injury, at Marathon gas station, 4145 Neely Road, Memphis, Tennessee, a business then engaged in interstate commerce, in violation of Title 18, United States Code, Section 1951.

## COUNT 2

On or about December 22, 2018, in the Western District of Tennessee, the defendant,

**REXFORD BRITTON**

did, during and in relation to a crime of violence, specifically the attempted robbery charged in Count 1, in violation of Title 18, United States Code, Section 1951, knowingly use, carry, and brandish a firearm in violation of Title 18, United States Code, Section 924(c).

**TRUE BILL:**

_____
**F O R E P E R S O N**

**DATE:** _____

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**